UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PINNACLE ENTERTAINMENT, INC., | Case No. 2:13-cv-01360-LDG-VCF |
| Plaintiff, | ORDER |
| v. | |
| PINNACLE GAMING, et al., | |
| Defendants. | |

Plaintiff has filed an unopposed motion for default judgment (#10, notice of non-opposition #13). The court has read and considered the motion and finds it has merit. Therefore,

THE COURT HEREBY ORDERS that plaintiff's motion for default judgment (#10) is GRANTED.

THE COURT FURTHER ORDERS that plaintiff shall have 30 days from the date of this order in which to file a proposed judgment.

DATED this ___ day of March, 2015.

_____
Lloyd D. George
United States District Judge