MITCHELL J. LANGBERG, ESQ., (Nevada Bar No. 10118)
mlangberg@bhfs.com
NIKKI L. BAKER, ESQ., (Nevada Bar No. 6562)
nbaker@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
EMILY A. ELLIS, ESQ., (Nevada Bar No. 11956)
eellis@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:     (702) 382-2101
Facsimile:      (702) 382-8135

Attorneys for Plaintiff
PINNACLE ENTERTAINMENT, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PINNACLE ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE GAMING, an entity of unknown origin doing business in Florida, and JOSEPH ROLLE, an individual,<br><br>Defendants. | Case No.  2:13-cv-01360-LDG-VCF<br><br>**JUDGMENT IN A CIVIL ACTION** |

COMES NOW Plaintiff Pinnacle Entertainment, Inc. ("Pinnacle"), by and through its attorneys of record, Nikki L. Baker, Esq., and Emily A. Ellis, Esq., of Brownstein Hyatt Farber Schreck, LLP, and hereby respectfully submits this Proposed Judgment in Civil Action.

The Honorable U.S. District Court Judge Lloyd D. George, having considered Pinnacle's Motion for Default Judgment (Doc. #10) and finding good cause to grant the same, finds that judgment in favor of Pinnacle and against Defendants Pinnacle Gaming and Joseph Rolle in the form of a Permanent Injunction is warranted.

1

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,

That JUDGMENT is entered in favor of Plaintiff Pinnacle Entertainment, Inc., and against Defendants Pinnacle Gaming and Joseph Rolle in the form of a Permanent Injunction prohibiting Defendants, Defendants' respective officers, agents, servants, employees and/or all persons acting in concert or participation with Defendants, from using the PINNACLE GAMING trademark or any PINNACLE-formative mark or confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs, in commerce or in connection with any business or for any purpose whatsoever (including, but not limited to, on websites, in domain names, in hidden text and metatags).

DATED this ___ day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

Respectfully submitted,

BROWNSTEIN HYATT FARBER
SCHRECK, LLP


By:  /s/ Nikki L. Baker
    Nikki L. Baker (Nevada Bar No. 6562)
    Emily A. Ellis (Nevada Bar No. 11956)
    100 North City Parkway, Suite 1600
    Las Vegas, Nevada  89106-4614

    Attorneys for Plaintiff
    PINNACLE ENTERTAINMENT, INC.